UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CHARLES KENDALL LUNDBERG,

                Plaintiff,

vs.

MICHAEL ROBERT FERRIE and
FEDERAL EXPRESS CORPORATION,

                Defendants.

Court File No. 4:20-cv-4133

COMPLAINT AND DEMAND FOR JURY TRIAL

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Comes now the Plaintiff, for his cause of action against the Defendants herein states and alleges as follows:

I.

That Plaintiff, Charles Kendall Lundberg, is a resident of Lincoln County, Minnesota, residing at 1930 Highway 15, Lake Benton, Minnesota.

II.

That Defendant, Michael Robert Ferrie (hereinafter "Defendant Ferrie"), is a resident of Lincoln County, South Dakota, residing at 6303 S. Avalon Avenue, Sioux Falls, South Dakota. That Defendant, Federal Express Corporation (hereinafter "Defendant FedEx"), is a Delaware Corporation with an address of 4001 Leandenhall Road, Mount Laurel, New Jersey.

III.

That there exists diversity jurisdiction pursuant to 28 USCA §1332 because the parties are a citizen of one state and a corporation of another state. In addition, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000).

IV.

That on or about March 28, 2019, at approximately 10:05 a.m., the Plaintiff was driving his 2007 Toyota Sequoia, Minnesota license plate 132NCL, in a westbound direction on 6th Street/Highway 14 near the intersection with I-29, in the County of Brookings, State of South Dakota.

V.

That at the same approximate time and place, Defendant Ferrie was driving a 2015 Isuzu utility (FedEx) truck, South Dakota license plate 10500V, in a westbound direction on 6th Street/Highway 14 near the intersection with I-29, in the County of Brookings, State of South Dakota. That said vehicle was owned by Defendant FedEx.

VI.

That Plaintiff was stopped at the intersection waiting for the traffic signal to turn green. That Defendant Ferrie was stopped behind him. That as the traffic signal turned green, Defendant Ferrie accelerated at a quicker rate than the Plaintiff. That as a result, an accident occurred, whereby the front of the Defendants' truck struck the rear of Plaintiff's vehicle. Further, that said accident was the result of Defendant Ferrie's negligence and that Defendant FedEx is vicariously liable as owner of the vehicle.

VII.

That as a direct and proximate result of the negligence of the Defendants, the Plaintiff was injured in body and mind so that he has, in the past, and will, in the future, suffer great bodily injury, mental pain and anguish.

VIII.

That as a further direct and proximate result of the negligence of the Defendants, the Plaintiff has, in the past, and will, in the future, be forced to incur the expenses of doctors, hospitals and other related medical expenses in endeavoring to treat and cure himself of said injuries.

IX.

That as a further direct and proximate result of the negligence of the Defendants, the Plaintiff was rendered unfit and unable to work and, as a result of the permanent nature of said injuries, has, in the past, and will, in the future, suffer loss of earnings and earning capacity.

X.

That as a further direct and proximate result of the negligence of the Defendants, the Plaintiff's vehicle was damaged in the amount of One Thousand and no/100 Dollars ($1,000.00).

WHEREFORE, Plaintiff prays for judgment against the Defendants for a reasonable sum in excess of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, together with interest, costs and disbursements as allowed by law.  Plaintiff also demands

a trial by jury.

                                              **/s James E. Malters**
                                              JAMES E. MALTERS      #67040
For:                MALTERS, SHEPHERD & VON HOLTUM
                                              Attorneys for Plaintiff
                                              727 Oxford Street - P. O. Box 517
                                              Worthington, MN  56187-0517
                                              jmalters@msvlawoffice.com
                                              (507) 376-4166
                                              Fax: (507) 376-6359

JS 44   (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CHARLES KENDALL LUNDBERG

**(b)** County of Residence of First Listed Plaintiff   Lincoln County, Minnesota
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James E. Malters, Malters, Shepherd & Von Holtum, P.O. Box 517, Worthington, MN 56187-0517; (507) 376-4166

## DEFENDANTS
MICHAEL ROBERT FERRIE and
FEDERAL EXPRESS CORPORATION

County of Residence of First Listed Defendant   Lincoln Co., South Dakota
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USCA § 1332
Brief description of cause:
motor vehicle accident with personal injuries

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 09/15/2020
SIGNATURE OF ATTORNEY OF RECORD: /s James E. Malters

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE