UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CHARLES KENDALL LUNDBERG, | \* | CIV. 20-4133 |
| Plaintiff, | \* | |
| vs. | \* | **JOINT STIPULATION FOR DISMISSAL** |
| MICHAEL ROBERT FERRIE and FEDERAL EXPRESS CORPORATION, | \* | |
| Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IT IS HEREBY STIPULATED AND AGREED by and between the parties by their respective attorneys of record that the above-entitled action, the Complaint of the Plaintiff, may be dismissed upon the merits, with prejudice and without costs to any of the parties, and that the Court may forthwith and without further notice to any of the parties enter the Judgment of Dismissal.

Dated at Worthington, Minnesota, this 22 day of Nov, 2021.

MALTERS, SHEPHERD & VON HOLTUM

_____
James E. Malters
Malters, Shepherd & Von Holtum
727 Oxford Street
P.O. Box 517
Worthington, MN 56187-0517
Telephone: (507) 376-4166
Email: jmalters@msvlawoffice.com
*Attorneys for Plaintiff*

1

Dated at Sioux Falls, South Dakota, this 22 day of November, 2021.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

*[signature]*

Thomas M. Frankman
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
E-mail: tfrankman@dehs.com
*Attorneys for Defendants*